IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VERELYN MARVIN YOUNG, individually, and as Next Friend of M.Y.; D.Y.; C.Y.; A.Y. (Minors), and as Personal Representative of the Estate of MELODY JESSOP YOUNG under the Utah Wrongful Death and Survival Act, and CONSTANCE YOUNG; ROBERT YOUNG; PATIENCE YOUNG; ANNA YOUNG; OSENEPH YOUNG; AMMERON YOUNG; and ISAIAH YOUNG, under the Utah Wrongful Death Act, <br><br>   Plaintiffs,<br>v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,<br><br>   Defendant. | **ORDER EXCUSING LOCAL COUNSEL**<br><br>Case No. 4:19-cv-00099-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Based on local counsel for Defendant Mr. Jeffery S. Williams' Request to Be Excused[1] ("Request") and good cause appearing,

IT IS HEREBY ORDERED that the Request is GRANTED. Mr. Williams is excused from attending the Case Management & Scheduling Conference set for May 21, 2021 at 11:00 a.m.[2]

Signed May 12, 2021.

BY THE COURT

_____
Paul Kohler
United States Magistrate Judge

---

[1] Docket no. 41, filed May 12, 2021.

[2] Docket no. 40, entered May 12, 2021.