Preston L. Handy (UT Bar #6239)
Garrett S. Handy (UT Bar #10725)
HANDY & HANDY, PC
2150 South 1300 East, Suite 300
Salt Lake City, UT 84106
Telephone: (801) 264-6677
Facsimile: (801) 203-0761
preston@handylawutah.com
garrett@handylawutah.com
*Attorneys for Plaintiffs*

David E. Harris
Louie J. Cook
SICO HOELSCHER HARRIS, LLP
802 N. Carancahua, Ste. 900
Corpus Christi, Texas 78401
Telephone:  361-653-3300
Facsimile:  361-653-3333
dharris@shhlaw.com
lcook@shhlaw.com
*Pro Hac Vice Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, SOUTHERN DISTRICT**

| | |
|---|---|
| VERELYN MARVIN YOUNG Individually, and as Next Friend of M.Y.; D.Y.; C.Y.; A.Y. (Minors), And As Personal Representative of the Estate of MELODY JESSOP YOUNG under the Utah Wrongful Death and Survival Acts, and CONSTANCE YOUNG, ROBERT YOUNG, PATIENCE YOUNG; ANNA YOUNG; OSENEPH YOUNG; AMMERON YOUNG; AND ISAIAH YOUNG; under the Utahwrongful Death Act<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC<br><br>Defendant. | **JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Case No.: 4:19-cv-00099-DBB-PK<br><br>Judge:  David Barlow<br><br>Magistrate Judge:  Paul Kohler |

1

Plaintiffs, Verelyn Marvin Young, Individually, and as Next Friend of M.Y., D.Y., C.Y., and A.Y. (Minors), and as Personal Representative of the Estate of Melody Jessop Young under the Utah Wrongful Death and Survival Acts, and Constance Young, Robert Young, Patience Young; Anna Young; Oseneph Young; Ammeron Young; and Isaiah Young, and Defendant Bridgestone Americas Tire Operations, LLC, by counsel, in accordance with the Court's September 6, 2022 Order for Joint Status Report, submit the following Joint Status Report regarding the status of the settlement:

Since filing the Joint Notice of Settlement on April 7, 2022 (Docket No. 47), the Plaintiffs have worked to obtain the necessary probate and conservator appointment approval in State Court as needed to finalize and authorize the settlement of the above-referenced matter.  On September 14, 2022, the probate Court signed an Order providing the authority to settle.  Plaintiffs and Defendant believe they will have this matter finalized and prepared to dismiss withing the next 45 days.  Once the settlement documents have been signed and funding has been made, Plaintiffs and Defendants will file the appropriate dismissal documents to request the case be closed.

DATED: September 15, 2022

By:	*/s/ David E. Harris*
	Preston L. Handy
	Utah State Bar No. 6239
	Email: preston@handylawutah.com
	Garrett S. Handy
	Utah State Bar No. 10725
	Email: garrett@handylawutah.com
	**HANDY & HANDY, PC**
	Parkview Plaza II
	2150 South 1300 East, Suite 300
	Salt Lake City, UT 84106
	Telephone (801) 264-6677
	Facsimile (801) 203-0761

AND

        David E. Harris *(pro hac vice)*
        Texas State Bar No. 24049273
        Federal ID No. 712461
        Email: dharris@shhlaw.com
        Louie J. Cook *(pro hac vice)*
        Texas State Bar No. 24101191
        Email: lcook@shhlaw.com
        **SICO HOELSCHER HARRIS LLP**
        802 N. Carancahua, Suite 900
        Corpus Christi, Texas 78401
        Telephone (361) 653-3300
        Facsimile (361) 653-3333

        **ATTORNEYS FOR PLAINTIFFS**


        */s/ Jeffrey S. Williams (w/permission)*
        Jeffery S. Williams
        Utah State Bar No. 6054
        Email: jeffw@nchwlaw.com
        **NELSON CHRISTENSEN HOLLINGWORTH & WILLIAMS**
        68 South Main Street, 6th Floor
        Salt Lake City, Utah 84101
        Telephone (801) 531-8400
        Facsimile (801) 363-3614

        **ATTORNEY FOR DEFENDANT**